**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

WILLIAM WITTER,

        Petitioner,                        2:01-CV-1034-RCJ-CWH

vs.                                        **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                October 28, 2014

        Respondents.
_____/

PRESENT:
THE HONORABLE      ROBERT C. JONES    , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:    JAMES R. BARKLEY        REPORTER:    NONE APPEARING

COUNSEL FOR PETITIONER:    NONE APPEARING

COUNSEL FOR RESPONDENTS:    NONE APPEARING

MINUTE ORDER IN CHAMBERS:    XXX

    Respondents, through counsel, have filed a motion for enlargement of time within which to file and serve their response to petitioner's motion to alter or amend judgment (ECF No. 250). ECF No. 258. The court finds that respondents' request is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the request. Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (ECF No. 258) is GRANTED. Respondents shall file their response to petitioner's motion to alter or amend judgment (ECF No. 250) on or before **November 10, 2014**. Respondents' prior motion for enlargement of time (ECF No. 254) is DENIED as moot.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file excess pages (ECF No. 249) is GRANTED *nunc pro tunc* as of September 9, 2014.

                                          LANCE S. WILSON, CLERK

                                    By:   /s/ James R. Barkley
                                              Deputy Clerk